IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-00028-MOC-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER JAMES WHITMIRE | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion to Seal (Doc. 27), which seeks an order sealing Exhibit A and the Addendum to Defendant's Position Re: Sentencing.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the Exhibit and the Addendum, and alternatives to sealing.

The Exhibit contains Defendant's sensitive personal and medical information, and the Addendum contains other information that may be sealed. Further, the Motion to Seal has appeared on the docket since being filed

on April 7, 2022, the docket does not indicate that Defendant's sentencing hearing, which took place on April 14, 2022, was a closed proceeding, and there is no indication that the Government objects to the sealing of these items.

Under these circumstances, the undersigned concludes that the Defendant has made the required showing and will allow the Motion, subject to further consideration should a motion to unseal be made at a later time.

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal (Doc. 27) is **GRANTED**, and Exhibit A and the Addendum to Defendant's Position Re: Sentencing (Doc. 28) are **SEALED** and shall remain sealed until further Order of the Court.

Signed: April 20, 2022

W. Carleton Metcalf
United States Magistrate Judge